JASON M. STONE (SBN 299373)
  jstone@stonesalluslaw.com
GREGORY B. GEER (SBN 316572)
  gregory@stonesalluslaw.com
**STONE & SALLUS, LLP**
2235 Campus Drive
El Segundo, CA 90245
Telephone: (310) 889-0233
Facsimile: (310) 889-0230

Attorneys for Cross-Defendant,
FIRST CLASS TIMEPIECES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YANWEI YE, an individual; FIRST CLASS TIMEPIECES, INC., a New York corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-09335-GW-JC<br><br>**STIPULATION OF DISMISSAL**; AND ORDER |
| YANWEI YE, an individual,<br><br>　　　　　Cross-Claimant,<br><br>　v.<br><br>FIRST CLASS TIMEPIECES, INC., a New York corporation,<br><br>　　　　　Cross-Defendant. | |

1

## STIPULATION AND DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant and Cross-Claimant YANWEI YE ("Ye" or "Defendant/Cross-Claimant") and Defendant and Cross-Defendant FIRST CLASS TIMEPIECES, INC. ("First Class" or "Defendant/Cross-Defendant") jointly stipulate that this action be dismissed with prejudice without fees and costs.

**IT IS SO STIPULATED.**

Dated: October 22, 2021

By: /s/ Gregory B. Geer
Jason M. Stone
Gregory B. Geer
Attorneys for Cross-Defendant,
FIRST CLASS TIMEPIECES, INC

Dated: October 22, 2021

By: /s/ Tom F.Y. King
Tom F. Y. King
Attorneys for Cross-Claimant,
YANWEI YE

**SO ORDERED.**

Date: October 26, 2021

Hon. George H. Wu
United States District Court Judge

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233